United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAMUEL M. ENGO, et al.,

Plaintiffs,

v.

U.S. BANCORP, et al.,

Defendants.

Case No. 15-cv-02553-EDL

**ORDER REFERRING CASE TO MEDIATION**

TO ALL PARITES AND COUNSEL OF RECORD:

This matter is referred for mediation through the Court's Alternative Dispute Resolution department.

**IT IS SO ORDERED.**

Dated: August 28, 2015

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge