Scott S. Humphreys, SBN 298021
humphreyss@ballardspahr.com
**BALLARD SPAHR LLP**
2029 Century Park East, Suite 800
Los Angeles, CA  90067-2909
Telephone: 424.204.4400
Facsimile: 424.204.4350

Attorneys for Defendants
SunTrust Mortgage, Inc., U.S. Bank National Association, as Trustee for GSR, Series 2007-4F, incorrectly named as U.S. Bancorp, d/b/a U.S. Bank, N.A., and Mortgage Electronic Registration Systems, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL M. ENGO and MARIA C. ERENO, as husband and wife;<br><br>    Plaintiffs,<br><br>  v.<br><br>U.S. BANCORP, d/b/a U.S. BANK, N.A., a Delaware corporation; SUNTRUST MORTGAGE, INC., a Virginia corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation; THE WOLF LAW FIRM, A LAW CORPORATION, a California corporation; and DOES 1 THROUGH 100, inclusive;<br><br>    Defendants. | Case No. 3:15-cv-02553-EDL<br><br>[Hon. Judge Elizabeth D. Laporte]<br><br>[Proposed] Order AS MODIFIED |

1 | **[~~PROPOSED~~] ORDER AS MODIFIED**

2 | **(Case No. 3:15-cv-02553-EDL)**

All pending dates and filing requirements are hereby vacated, including the case management conference set for October 20, 2015, at 3:00 p.m.  The Parties shall either file a joint stipulation of dismissal with prejudice ~~on or before December 7, 2015~~ or a joint update as to the status of their settlement negotiations by December 7, 2015.

**IT IS SO ORDERED**

DATED: October 9, 2015

*/s/ Elizabeth D. Laporte*
Hon. Judge Elizabeth D. Laporte